HENRY GILSEY et al., Respondents, *v.* ALBERT R. KEEN et al.,
Appellants.

SAME, Respondents, *v.* SAME, Appellants.

*Gilsey* v. *Keen*, 104 App. Div. 427, affirmed.
*Gilsey* v. *Keen*, 104 App. Div. 629, affirmed.
(Argued May 23, 1906; decided June 5, 1906.)

APPEAL in each of the above-entitled actions from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 17, 1905, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court and an order denying a motion for a new trial in actions to recover amounts due for rent of leased premises.

*Grant C. Fox* for appellants.

*Sol. Kohn* for respondents.

Judgments affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and HISCOCK, JJ. Absent: O'BRIEN, J.

---

JOHN J. WELSTEAD, Respondent, *v.* JAMES E. JENNINGS,
Appellant.

*Welstead* v. *Jennings*, 104 App. Div. 179, affirmed.
(Submitted May 18, 1906; decided June 12, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 23, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to set aside a tax deed as a cloud upon title for alleged irregularities in the assessment roll.

*Harrie M. Howell* for appellant.

*Joseph R. Swan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, HISCOCK and CHASE, JJ. Absent: GRAY and O'BRIEN, JJ.